THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MORELAND FAMILY, | CASE NO. C23-0205-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MARY M. KNIGHT SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 26). Such motions are generally disfavored. LCR 7(h)(1). Reconsideration is only appropriate where there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* Plaintiffs seek reconsideration of this Court's previous order but fail to show specific manifest error or new facts or legal authority. (*See generally* Dkt. No. 26.) Accordingly, they provide the Court with no basis to reconsider its prior determination.

MINUTE ORDER
C23-0205-JCC
PAGE - 1

1 | DATED this 6th day of August 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk